UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| | ) | |
| Appellant, | ) | CV F-04-6230 OWW |
| | ) | |
| v. | ) | |
| | ) | |
| DARREN FINLEY, | ) | ORDER DISMISSING ACTION |
| | ) | WITHOUT PREJUDICE |
| | ) | |
| Defendant | ) | |

Pursuant to the request of voluntary dismissal submitted by the plaintiff, this action is dismissed without prejudice, each party to bear its/his own costs and attorney fees.

Dated: 9/8/05

/s/ OLIVER W. WANGER_____
OLIVER W. WANGER
United States District Judge

1